UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RYAN HAYDE, | No. 2:19-cv-0432 DB P |
| Plaintiff, | |
| v. | ORDER |
| E. ZAMORA, et al., | |
| Defendants. | |

Plaintiff, an inmate proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983.  Plaintiff has requested an extension of time and that the settlement conference set for January 3, 2022 before Magistrate Judge Carolyn K. Delaney be rescheduled.  (ECF No. 29.) Plaintiff requests this extension of time as he "is currently endorsed, and set to be transferred to 'SATF' State Prison."  (Id. at 3.)  Plaintiff states that this will require him to be separated from his legal property for two to four weeks.  (Id.)

Plaintiff's transfer will require the court to determine the availability of teleconferencing equipment at plaintiff's new institution.  Additionally, a new writ of habeas corpus ad testificandum will need to be issued.  In light of these facts and the fact that these events are outside of the plaintiff's control, the court will vacate the settlement conference set for January 3, 2022 before Magistrate Judge Carolyn K. Delaney.  The court will also vacate the deadlines

////

associated with that settlement conference. By separate order, the court will set a date for a new settlement conference to occur in this case.

        Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 29) is granted;
2. The settlement conference set for January 3, 2022 before Magistrate Judge Carolyn K. Delaney is vacated;
3. The deadlines set in the court's October 22, 2022 order for the filing of confidential settlement conference statements are vacated;
4. By separate order, the court will reset the ADR settlement conference in this case for a new date; and
5. The Clerk of the Court is directed to serve a copy of this order on the Litigation Coordinator for High Desert State Prison; the Litigation Coordinator for Substance Abuse Treatment Facility and State Prison, Corcoran; and Magistrate Judge Carolyn K. Delaney.

DATED: December 22, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/hayd0432.conf.reset