UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RYAN HAYDE,<br><br>   Plaintiff,<br><br>   v.<br><br>E. ZAMORA, et al.,<br><br>   Defendants. | No. 2:19-cv-00432 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. By order dated October 14, 2021, this action was stayed 120 days so that parties could participate in the court's Alternative Dispute Resolution (ADR) Pilot Program. (ECF No. 25.) On January 4, 2022, a settlement conference was set for February 24, 2022. (ECF No. 34.) Accordingly, the court will extend the stay of this action through February 24, 2022.

For the reasons set forth above, IT IS HEREBY ORDERED that the stay in this action is extended through February 24, 2022.

Dated: January 19, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/hayd0432.extend_stay